Schwin and another vs. Hellriegel.

SCHWIN and another, Respondents, vs. HELLRIEGEL, Appellant.

*October 5 — October 23, 1894.*

*Appeal: Evidence held to support verdict.*

In an action to recover one half of the amount for which a threshing machine belonging to plaintiffs and defendant was sold by the latter, the evidence is *held* to support a verdict adverse to the defendant's counterclaim for damages by reason of an injury to the machine caused, prior to the sale, by plaintiffs' negligence.

APPEAL from the Circuit Court for *Ozaukee* County.

The cause was submitted for the appellant on the brief of *D. M. Jackson,* and for the respondents on that ·of *E. S. Turner.*

WINSLOW, J. This action is for money had and received. The plaintiffs owned an undivided one-half of a threshing machine, and the defendant owned the remaining undivided half thereof. The defendant sold and delivered the entire machine to a third person for $55, and received the money. This action is brought to recover one half of this sum. The defendant admits the sale and receipt of the consideration, but counterclaims for $160 damages, because he claims that the plaintiffs had exclusive possession of the

machine for several years before the sale by him, and negligently housed it, so that it became rotten and nearly worthless. It is very doubtful whether there was any testimony which substantiated the defendant's counterclaim, but, conceding that there was such testimony, there was also ample evidence to the contrary. No exception was taken to the charge of the court, and the jury returned a verdict for the plaintiffs, upon which judgment was rendered. Under these circumstances, this court cannot interfere with the judgment.

*By the Court.*— Judgment affirmed.